# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Lydia Nicholson, et al.

                                  Plaintiff,

v.                                             Case No.: 1:14–cv–04269
                                                          Honorable Robert M. Dow Jr.

E–Telequote Insurance, Inc., et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 5, 2014:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Motion to dismiss for lack of jurisdiction [18] is entered and continued. Plaintiff's oral motion for jurisdictional discovery on issues raised in the motion to dismiss is granted. After completion of jurisdictional discovery parties to submit an agreed upon briefing schedule on motion to dismiss [18]. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.