IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| LYDIA NICHOLSON and BRAD BASSETT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>E-TELEQUOTE INSURANCE, INC. (f/k/a TRG INSURANCE SOLUTIONS LLC), a Florida corporation, and TRG HOLDINGS, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 1:14-cv-04269<br><br>Judge Robert M. Dow, Jr.<br><br>Magistrate Judge Geraldine Brown |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on Wednesday November, 26th, 2014, at 9:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Robert M. Dow or any judge sitting in his stead in courtroom 1919, and then and there present *Unopposed Motion by Mark S. Eisen for Leave to Withdraw His Appearance as one of the Counsel of Record for Plaintiffs*, a true and accurate copy of which is attached hereto and hereby served upon you.

Dated: November 19, 2014               Respectfully submitted,

                                                          By: /s/  John C. Ochoa

Rafey S. Balabanian
rbalabanian@edelson.com
Ari J. Scharg
ascharg@edelson.com
John C. Ochoa
jochoa@edelson.com
Edelson PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

1

## CERTIFICATE OF SERVICE

      I, John C. Ochoa, an attorney, hereby certify that on November 19, 2014, I served the above and foregoing ***Notice of Unopposed Motion by Mark S. Eisen for Leave to Withdraw His Appearance as One of the Counsel of Record for Plaintiffs***, by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system on this the 19th day of November, 2014.

                                                      /s/  John C. Ochoa