UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Lydia Nicholson, et al.

                                                    Plaintiff,

v.                                                          Case No.: 1:14–cv–04269
                                                                    Honorable Robert M. Dow Jr.

E–Telequote Insurance, Inc., et al.

                                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 9, 2015:

      MINUTE entry before the Honorable Robert M. Dow, Jr: On 11/5/2015, the Parties filed a joint stipulation to dismiss pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [see 57]. The Parties' stipulate to dismiss this action with prejudice as to all individual claims asserted by Plaintiffs and without prejudice as to all claims asserted by the putative class. Civil case terminated. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.